IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-06036 BKT |
|---|---|
| **JUAN F DOMINGUEZ VILLEGAS** | Chapter 13 |
| Debtor(s) | |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule F and Address Master List. .

2. That the reason for the amendments is to include other unsecured debts with **"DTOP"**.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 8th day of November of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6F (Official Form 6F) (12/07)

IN RE DOMINGUEZ VILLEGAS, JUAN F _____ Case No. 10-06036-13 _____
            Debtor(s)                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1952651593pa00001 <br> Aes/wachovia <br> Pob 2461 <br> Harrisburg, PA 17101 | | | Installment account opened 10/09 | | | | 9,124.00 |
| ACCOUNT NO. 3499914438340983 <br> Amex <br> Po Box 297871 <br> Fort Lauderdale, FL 33329 | | | Revolving account opened 5/01 | | | | 3,542.00 |
| ACCOUNT NO. 10100115642160101 <br> Banco Popular De Puert <br> Gpo Box 3228 <br> San Juan, PR 00936 | | | Installment account opened 5/08 | | | | 16,753.00 |
| ACCOUNT NO. 4549-5410-9568-4760 <br> Banco Popular De Puert <br> 209 Munoz Rivera Ave <br> San Juan, PR 00918 | | | Revolving account opened 11/00 | | | | 5,729.00 |

___2___ continuation sheets attached

Subtotal (Total of this page) $ 35,148.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4549-2100-3990-7485<br>Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | | | Revolving account opened 5/08 | | | | 4,102.00 |
| ACCOUNT NO. 6074<br>Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | | | Revolving account opened 7/08 | | | | 1,084.00 |
| ACCOUNT NO. 4084111<br>DTOP<br>P O BOX 41269<br>SAN JUAN, PR 00940 | | | TICKETS | | | | 890.00 |
| ACCOUNT NO. 700012170136910<br>First Federal Savings<br>Auto Leasing<br>San Juan, PR 00908 | | | Installment account opened 1/08 | | | | 31,726.00 |
| ACCOUNT NO. 8800025499<br>Rg Premier Bank<br>Rd 100 & 177<br>San Juan, PR 00928 | | | Mortgage account opened 7/08 | | | | 6,409.00 |
| ACCOUNT NO. 504994105089<br>Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57117 | | | Revolving account opened 6/07 | | | | 514.00 |
| ACCOUNT NO. 65276070<br>Wach Ed Fin<br>Po Box 13667<br>Sacramento, CA 95853 | | | Installment account opened 9/09 | | | | 12,000.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 56,725.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE DOMINGUEZ VILLEGAS, JUAN F _____ Case No. 10-06036-13
   Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 65276067 Wach Ed Fin Po Box 13667 Sacramento, CA 95853 | | | Installment account opened 9/09 | | | | 8,500.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 8,500.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 100,373.00

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE DOMINGUEZ VILLEGAS, JUAN F _____  Case No. 10-06036-13 _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 18 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: November 8, 2010 _____　Signature: _/s/ JUAN F DOMINGUEZ VILLEGAS_____
　　　　　　　　　　　　　　　　　　　　　　　JUAN F DOMINGUEZ VILLEGAS　　　　　　　　　　　Debtor

Date: _____　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

DOMINGUEZ VILLEGAS, JUAN F
PO BOX 594
SAINT JUST
TRUJILLO ALTO, PR  00978

FIRST MORTGAGE
Ponce De Leon Av Stop 23
San Juan, PR  00901

Jose Prieto
PO Box 363565
San Juan, PR  00936-3565

FIRSTBANK
P O BOX 9146
SAN JUAN, PR  00908

Aes/wachovia
Pob 2461
Harrisburg, PA  17101

IRS
PO BOX 21125
PHILADELPHIA, PA  19114-0325

Amex
Po Box 297871
Fort Lauderdale, FL  33329

MUNICIPIO DE TRUJILLO ALTO
PO BOX 1869
TRUJILLO ALTO, PR  00977

Banco Popular De Puert
Gpo Box 3228
San Juan, PR  00936

Rg Premier Bank
Rd 100 & 177
San Juan, PR  00928

Banco Popular De Puert
209 Munoz Rivera Ave
San Juan, PR  00918

Sears/cbsd
701 East 60th St N
Sioux Falls, SD  57117

Bank Of America
Po Box 17054
Wilmington, DE  19850

Wach Ed Fin
Po Box 13667
Sacramento, CA  95853

COOP GUAYNABO
Box 1299
Guaynabo, PR  00970

DTOP
P O BOX 41269
SAN JUAN, PR  00940

First Federal Savings
Auto Leasing
San Juan, PR  00908